# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BWA LPW LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| DAVID H. ALLEN, | ) |
| BWA WELLESLEY LLC, and | ) **JURY TRIAL DEMANDED** |
| PROVIDENCE FINANCIAL | ) |
| ADVISORS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs BWA LPW LLC's ("BWA") Emergency Motion for Temporary Restraining Order, Plaintiff's Motion is ALLOWED, and it is hereby ORDERED that:

a) Defendants are hereby compelled to disclose and surrender to BWA control over all usernames and passwords for the BWA Accounts (defined as any GoDaddy account(s) that controls the website and email domains currently and/or previously utilized by BWA, as well as any LinkedIn, Google, eFax, Redtail Technologies and other web-based, cloud-based, or electronic accounts currently and/or previously utilized by BWA) within 24 hours from the time this Order is entered;

b) Defendants and those acting in concert with them are hereby enjoined from controlling, accessing, modifying, or restricting BWA's access to, or attempting to control, access, modify, or restrict BWA's access to, the BWA Accounts;

c) Defendants and those acting in concert with them are hereby enjoined from accessing, using, retaining, or disclosing, or attempting to access, use, retain, or disclose BWA's confidential information and trade secrets, including without limitation client information contained in its CRM database or otherwise;

d) Defendants and those acting in concert with them are hereby enjoined from entering Plaintiff BWA LPW LLC's place of business located at 57 River Street Suite 300, Wellesley, Massachusetts 02481, or attending any BWA-sponsored events; and

e) Defendant David H. Allen is hereby enjoined from identifying himself as owner or affiliate of Balance Wealth Advisors.

The Temporary Restraining Order shall become effective immediately upon entry. It shall expire in ___ days, unless it is extended for good cause shown or by further order of this Court. An evidentiary hearing on the preliminary injunction is set for the ___ day of _____, 2024, at _____ a.m. / p.m.

SO ORDERED this ___ day of _____, 2024.

                                                                                                   _____
                                                                                                   United States District Court Judge