**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BWA LPW LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-cv-12066-WGY |
| | ) |
| DAVID H. ALLEN, | ) |
| BWA WELLESLEY LLC, and | ) **JURY TRIAL DEMANDED** |
| PROVIDENCE FINANCIAL | ) |
| ADVISORS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

[PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff BWA LPW LLC's ("BWA") Emergency Motion for Temporary Restraining Order, Verified Complaint, and after a hearing, this Court finds that the Plaintiff has demonstrated a substantial likelihood of success on the merits of its claim for Defendants' unlawful access of stored communications in violation of the Stored Communications Act (18 U.S.C. 2701, *et seq.*), there is a substantial risk that Plaintiff will suffer immediate irreparable harm if a Temporary Restraining Order is not entered, the balance of harms favors issuance of a Temporary Restraining Order, and the injunctive relief sought is not inconsistent with the public interest, Plaintiff's Motion is therefore ALLOWED, and it is hereby ORDERED that:

Defendants and those acting in concert with them are hereby enjoined from controlling, accessing, modifying, or restricting BWA's access to, or attempting to control, access, modify, or restrict BWA's access to any GoDaddy account(s) that controls the website and/or email domains currently and/or previously utilized by Balance Wealth Advisors and/or BWA, as well as any

LinkedIn, Google, eFax, Redtail Technologies and other web-based, cloud-based, or electronic accounts currently and/or previously utilized by BWA.

The Temporary Restraining Order shall become effective immediately upon entry. It shall expire in 14 days, unless it is extended for good cause shown or by further order of this Court. A hearing on the preliminary injunction is set for the 3rd day of September, 2024, at 10:30 a.m.

SO ORDERED this 14th day of August, 2024.

United States District Court Judge