UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BWA LPW LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVID H. ALLEN, <br> BWA WELLESLEY LLC, and <br> PROVIDENCE FINANCIAL <br> ADVISORS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:24-cv-12066-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF ERIK W. WEIBUST

PLEASE TAKE NOTICE that Erik W. Weibust, of the law firm of Epstein, Becker & Green, P.C., hereby enters his appearance as counsel for Plaintiff BWA LPW LLC, in the above captioned matter.

                                                Respectfully,

                                                BWA LPW LLC,

                                                */s/ Erik W. Weibust* <br>
                                                Erik W. Weibust (BBO # 663270) <br>
                                                Adam R.D. Paine (BBO # 697246) <br>
                                                Epstein Becker & Green, P.C. <br>
                                                125 High Street, Suite 2114 <br>
                                                Boston, Massachusetts 02110 <br>
                                                Tel: (617) 603-1100 <br>
                                                eweibust@ebglaw.com <br>
                                                apaine@ebglaw.com

Dated August 19, 2024                        *Attorneys for Plaintiff BWA LPW LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 19, 2024, the foregoing document was filed through the CM/ECF system.

*/s/ Erik W. Weibust*
Erik W. Weibust

FIRM:65325551v1