# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BWA LPW LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:24-cv-12066-WGY |
| | ) | |
| DAVID H. ALLEN, | ) | |
| BWA WELLESLEY LLC, and | ) | |
| PROVIDENCE FINANCIAL | ) | |
| ADVISORS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF ERIK W. WEIBUST

PLEASE TAKE NOTICE that Erik W. Weibust, of the law firm of Epstein, Becker & Green, P.C., hereby enters his appearance as counsel for Plaintiff BWA LPW LLC, in the above captioned matter.

Respectfully,

BWA LPW LLC,

*/s/ Erik W. Weibust*
Erik W. Weibust (BBO # 663270)
Adam R.D. Paine (BBO # 697246)
Epstein Becker & Green, P.C.
125 High Street, Suite 2114
Boston, Massachusetts 02110
Tel: (617) 603-1100
eweibust@ebglaw.com
apaine@ebglaw.com

Dated August 19, 2024                    *Attorneys for Plaintiff BWA LPW LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2024, the foregoing document was filed through the CM/ECF system.

/s/ Erik W. Weibust
Erik W. Weibust